Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff
ANTHONY AYIOMAMITIS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYTHONY AYIOMAMITIS, an individual<br><br>Plaintiff,<br><br>v.<br><br>BUZZFEED, INC. a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-00811-DSF-PLA<br>_Honorable Dale S. Fischer Presiding_<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

- 1 -

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**IT IS HEREBY STIPULATED** that this action be dismissed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), *with prejudice*, and with each party bearing its own costs and attorneys' fees as incurred in this action. Per the aforementioned Federal Rule, no order is required in connection with this stipulated dismissal.

**SO STIPULATED**.

Dated:  June 22, 2021          By:     */s/ Scott Alan Burroughs*
                                       Scott Alan Burroughs, Esq.
                                       DONIGER /BURROUGHS
                                       *Attorney for Plaintiff*


Dated:  June 22, 2021          By:     */s/ Jeffrey N. Williams*
                                       Jeffrey N. Williams, Esq.
                                       WARGO & FRENCH LLP
                                       *Attorney for Defendant*


Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.